```
                   UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| **IN RE:** | |
| **LUIS DE JESUS FONSECA** | **CASE NO. 15-09510-ESL** |
| **XXX-XX-7674** | **CHAPTER 13** |
| **DEBTOR (S)** | |

**MOTION TO INFORM DEBTOR'S COMPLIANCE (DOCKET NO. 22)**

**TO THE HONORABLE COURT:**

**NOW COMES**, José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, very respectfully alleges and prays:

1. On April 14, 2020, this Honorable Court entered an Order granting the Trustee's motion to compel requesting the entry of an order for debtor to tender Trustee the tax refunds for the years 2015, 2016, 2017 and 2018 (Docket No. 21).

2. On April 15, 2020, Debtor filed a "Motion In Compliance With Order Granting Unopposed Motion Docket No. 21" (Docket No. 22). In the motion, debtor informed that he did not file the tax return during the last four years, thus, he submitted the Form 2781 from the Department of Treasury explaining the reason for not filing the tax return.

3. The Trustee hereby informs that Debtor submitted the Form 2781, thus, it was confirmed that he is not entitle to receive tax refund.

WHEREFORE, the Trustee respectfully request this Honorable Court to take notice of the above mentioned.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies that today, this document has been filed using the Court's CM/ECF System, which will provide electronic notice of the same to all appearing parties that are CM/ECF participants and that copy of this motion has been served by regular U.S. Mail on this same date to: the DEBTOR(s) by first class mail to the address of record.

**Respectfully submitted,**

In San Juan, Puerto Rico, this **April 17, 2020.**

                                           **/s/ Mayra Arguelles**

                                           Staff Attorney
                                           USDC No. 228304
                                         **JOSÉ R. CARRIÓN-MORALES**
                                         CHAPTER 13 TRUSTEE
                                         P.O. Box 9023884
                                         San Juan, P.R. 00902-3884
                                         marguelles@ch13-pr.com
                                         Tel: (787) 977-3535
                                         Fax: (787) 977-3550